**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL VINTON GRANADOS, Jr.,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner Of Social Security,<br><br>    Defendant. | Case No. 1:16-cv-01123-AWI-SMS<br><br>ORDER GRANTING AMENDED MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br><br>(Doc. 7) |

On August 9, 2016, the Court denied Plaintiff Paul Vinton Granados, Jr.'s motion to proceed *in forma pauperis*. Doc. 6. Based on the information provided, the Court could not evaluate whether Plaintiff was sufficiently impoverished to justify proceeding without paying the filing fee for his lawsuit. Plaintiff was given the opportunity to file an amended motion or pay the filing fee by September 8, 2016.

Plaintiff has since submitted an amended motion and provided the Court with additional information relevant to his financial status. Doc. 7. These include an itemized statement of his monthly expenses and the fact that he also supports his wife and grandson. Based on the information provided, the Court finds Plaintiff has set forth the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*. The Clerk of Court is directed to issue the summons and new case documents. The United States Marshal is

directed to serve a copy of the complaint, summons, and this order upon the defendant if requested by the plaintiff.

IT IS SO ORDERED.

Dated: **August 17, 2016**               **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE